**IT IS SO ORDERED.**

**SIGNED THIS: August 6, 2015**

_____
**Mary P. Gorman**
**United States Chief Bankruptcy Judge**
_____

U.S. BANKRUPTCY COURT
Central District of Illinois

| | |
|---|---|
| In re:   Richard Novakovich | Case No.   15-90785 |
|          Joyce Novakovich | |
| Debtors | |

### ORDER

    IT IS HEREBY ORDERED that the above-captioned case is transferred to the Northern District of Illinois, Eastern Division.

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

###